UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>John E. Eldredge</u>

        v.                        Civil No. 08-cv-41-JD

<u>Northern NH Correctional Facility, Warden</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 13, 2008, no objection having been filed.

SO ORDERED.

October 8, 2008                  <u>/s/ Joseph A. DiClerico, Jr.</u>
                                       Joseph A. DiClerico, Jr.
                                         United States District Judge

cc:    John E. Eldredge, pro se